FILED
APR - 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRED PINEDA,<br><br>　　　　Defendant. | No. 2:11-cr-00134 JAM-12<br><br>PROPOSED ORDER |

GOOD CAUSE SHOWN,

　　IT IS HEREBY ORDERED Fred Pineda be released to Mr. Tobie Bonine, the defense investigator, who will serve as a third party custodian of Mr. Pineda. Mr. Bonine is directed to transport and accompany Mr. Pineda to his grandmother's funeral service (held at Saint Georges Catholic Church [120 W. 5th St., Stockton Ca]) and burial service (held at San Joaquin Catholic Cemetery [719 E. Harding Way, Stockton Ca]). Mr. Bonine will further accompany Mr. Pineda to the wake (following the funeral) to be held at 162 Horton, Stockton Ca.

　　Mr. Bonine is ordered to pick Mr. Pineda up from the Butte County jail at 7:00 a.m. on

April 4, 2013 and return Mr. Pineda to the Butte County jail no later than 7:00 p.m. on April 4, 2013. Mr. Pineda is ordered to comply with all directions of third party custodian Tobie Bonine.

IT IS SO ORDERED

Dated: 4/3/13

*Dale A. Drozd*

HON. DALE A. DROZD
United States Magistrate Court
Eastern District of California

4