**FILED**

APR - 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  | JOHN R. MANNING (SBN 220874)
2  | ATTORNEY AT LAW
   | 1111 H Street, # 204
3  | Sacramento, CA. 95814
   | (916) 444-3994
4  | Fax (916) 447-0931

5  | Attorney for Defendant
6  | FRED PINEDA

7  | IN THE UNITED STATES MAGISTRATE COURT
8  | FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )   No. 2:11-cr-00134 JAM-12
                                   )
11 |       Plaintiff,               )   PROPOSED ORDER
                                   )
12 | v.                            )
                                   )
13 | FRED PINEDA,                  )
                                   )
14 |                               )
   |       Defendant.              )
15 |                               )
                                   )
16 |                               )
                                   )
17

18 | GOOD CAUSE SHOWN,

19 |        IT IS HEREBY ORDERED Fred Pineda be released to Mr. Tobie Bonine, the defense

20 | investigator, who will serve as a third party custodian of Mr. Pineda. Mr. Bonine is directed to
21

22 | transport and accompany Mr. Pineda to his grandmother's funeral service (held at Saint

23 | Georges Catholic Church [120 W. 5th St., Stockton Ca]) and burial service (held at San

24 | Joaquin Catholic Cemetery [719 E. Harding Way, Stockton Ca]). Mr. Bonine will further

25 | accompany Mr. Pineda to the wake (following the funeral) to be held at 162 Horton, Stockton
26

27 | Ca.

28 |        Mr. Bonine is ordered to pick Mr. Pineda up from the Butte County jail at 7:00 a.m. on

3

1   April 4, 2013 and return Mr. Pineda to the Butte County jail no later than 7:00 p.m. on

2   April 4, 2013.  Mr. Pineda is ordered to comply with all directions of third party custodian Tobie

3   Bonine.

4   IT IS SO ORDERED

5   Dated:  4/3/13

6

7                                                                 HON. DALE A. DROZD
                                                                    United States Magistrate Court
8                                                                 Eastern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4