JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-134-JAM |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING JUDGMENT |
| v. | ) SENTENCING |
| | ) |
| FRED PINEDA, | ) February 11, 2014 |
| | ) Time:  9:45 a.m. |
| | ) Judge: John A. Mendez |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for January 28, 2014.  Counsel for the parties request the date for judgment and sentencing be continued to February 11, 2014 at 9:45 a.m.  Counsel for Mr. Pineda needs additional time to meet with Mr. Pineda, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary.  Assistant U.S. Attorney Michael Beckwith and USPO Ronnie Preap have been advised of this request and have no objection.  The parties requests the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                           **2/11/14**

Reply, or Statement of Non-Opposition:                      2/4/14

1

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:    1/28/14

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:    1/21/14

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:    1/14/14

IT IS SO STIPULATED.

Dated: January 2, 2014    /s/  John R. Manning
    JOHN R. MANNING
    Attorney for Defendant
    Fred Pineda

Dated: January 2, 2014    Benjamin B. Wagner
    United States Attorney

    by:    /s/ Michael Beckwith
    MICHAEL BECKWITH
    Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of January, 2014.

    /s/ John A. Mendez
    HON. JOHN A. MENDEZ
    U.S. DISTRICT COURT JUDGE

2