JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-134-JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING JUDGMENT SENTENCING |
| v. | ) ) ) | |
| FRED PINEDA, | ) ) ) | March 25, 2014 Time: 9:45 a.m. Judge: John A. Mendez |
| Defendant. | ) ) ) ) ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for February 11, 2014. Counsel for the parties request the date for judgment and sentencing be continued to March 25, 2014 at 9:45 a.m. Counsel for Mr. Pineda needs additional time to meet with Mr. Pineda, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Michael Beckwith and USPO Ronnie Preap have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                              **3/25/14**

Reply, or Statement of Non-Opposition:                         3/18/14

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 3/11/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 3/4/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 2/25/14 |

IT IS SO STIPULATED.

Dated: January 16, 2014                    /s/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Fred Pineda


Dated: January 16, 2014                    Benjamin B. Wagner
                                           United States Attorney

                                    by:    /s/ Michael Beckwith
                                           MICHAEL BECKWITH
                                           Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of January, 2014.


                                           /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           U.S. DISTRICT COURT JUDGE

2