JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-134-JAM |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING JUDGMENT |
| v. | ) SENTENCING |
| | ) |
| FRED PINEDA, | ) April 22, 2014 |
| | ) Time:  9:45 a.m. |
| | ) Judge: John A. Mendez |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for March 25, 2014.  Counsel
   for the parties request the date for judgment and sentencing be continued to
   April 22, 2014 at 9:45 a.m.  Counsel for Mr. Pineda needs additional time to meet
   with Mr. Pineda, review the PSR; discuss the findings and recommendations therein;
   and, research and draft formal objections as necessary.  Assistant U.S. Attorney
   Michael Beckwith and USPO Ronnie Preap have been advised of this request and
   have no objection.  The parties requests the Court adopt the following schedule
   pertaining to the presentence report:

   **Judgment and Sentencing date:**                    **4/22/14 at 9:45 a.m.**

   Reply, or Statement of Non-Opposition:              4/15/14

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:          4/8/14

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                        n/a

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:                                         n/a

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                        n/a

     IT IS SO STIPULATED.

Dated: March 17, 2014                      /s/  John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Fred Pineda


Dated: March 17, 2014                     Benjamin B. Wagner
                                          United States Attorney

                                  by:     /s/  Michael Beckwith
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney


                        **ORDER**


     IT IS SO FOUND AND ORDERED this 18th day of March, 2014


                                          /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          U.S. DISTRICT COURT JUDGE