JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. CR-S-11-134-JAM |
| | ) |
| Plaintiff, | ) |
| | )  STIPULATION AND |
| | )  ORDER CONTINUING JUDGMENT |
| v. | )  SENTENCING |
| | ) |
| FRED PINEDA, | )  July 8, 2014 |
| | )  Time:  9:30 a.m. |
| Defendant. | )  Judge: John A. Mendez |
| | ) |
| | ) |
| | ) |

The parties hereby stipulate the following:

1.  Judgment and sentencing in this matter is presently set for June 17, 2014.  Counsel
for the parties request the date for judgment and sentencing be continued to
July 8, 2014 at 9:30 a.m.  Counsel for Mr. Pineda needs additional time to meet with
Mr. Pineda, review the PSR; discuss the findings and recommendations therein; and,
research and draft formal objections as necessary.  Assistant U.S. Attorney Michael
Beckwith and USPO Ronnie Preap have been advised of this request and have no
objection.  The parties requests the Court adopt the following schedule pertaining to
the presentence report:

**Judgment and Sentencing date:**                    **7/8/14**

Reply, or Statement of Non-Opposition:              7/1/14

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:        6/24/14

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:        n/a

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:        n/a

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:        n/a

IT IS SO STIPULATED.

Dated: June 3, 2014                         /s/  John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Fred Pineda

Dated: June 4, 2014                         Benjamin B. Wagner
                                            United States Attorney

                                    by:     /s/  Michael Beckwith
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of June, 2014.

                                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            U.S. DISTRICT COURT JUDGE