HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRED PINEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 2:11-cr-134 JAM |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| FRED PINEDA, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable  JOHN A. MENDEZ |

Defendant, FRED PINEDA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On August 8, 2014, this Court sentenced Mr. Pineda to a term of 81 months imprisonment;

3.      Mr. Pineda's total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months.  He received a reduction from the low end of the guideline range and the statutory mandatory minimum on the government's motion;

1      4.     The sentencing range applicable to Mr. Pineda was subsequently lowered by the

2  United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

3  see 79 Fed. Reg. 44,973;

4      5.     Mr. Pineda's total offense level has been reduced from 33 to 31 and his amended

5  guideline range is 108 to 135 months.  A reduction comparable to the one he received initially

6  produces a term of 64 months;

7      6.     Accordingly, the parties request the Court enter the order lodged herewith

8  reducing Mr. Pineda's term of imprisonment to 64 months.

9  Respectfully submitted,

10  Dated:  November 5, 2015          Dated:   November 5, 2015

11  BENJAMIN B. WAGNER          HEATHER E. WILLIAMS

12  United States Attorney          Federal Defender

13  */s/  Jason Hitt*          */s/ Hannah R. Labaree*

14  JASON HITT          HANNAH R. LABAREE

    Assistant U.S. Attorney          Assistant Federal Defender

15  Attorney for Plaintiff          Attorney for Defendant

16  UNITED STATES OF AMERICA          FRED PINEDA

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

This matter came before the Court on the stipulated motion of the defendant for reduction

3

of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4

The parties agree, and the Court finds, that Mr. Pineda is entitled to the benefit

5

Amendment 782, which reduces the applicable guideline range to 108 to 135 months.  A

6

reduction comparable to the one he received initially produces a term of 64 months.

7

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2014 is

8

reduced to a term of 64 months.

9

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

10

remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

11

reduction in sentence, and shall serve certified copies of the amended judgment on the United

12

States Bureau of Prisons and the United States Probation Office.

13

Unless otherwise ordered, Mr. Pineda shall report to the United States Probation Office

14

within seventy-two hours after his release.

15

Dated:   November 6, 2015

16

/s/ John A. Mendez_____

17

United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28