# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **FRED PINEDA** | Criminal Number: **2:11CR00134-012** |
| | Defendant's Attorney: Hanna Labaree, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  __1, 2, and 3__  as alleged in the violation petition filed on  __2/16/2017__ .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to abstain from alcohol | 1/21/2017 |
| 2 | Failure to obey all laws | 1/21/2017 |
| 3 | Failure to report law enforcement contact within 72 hours. | 1/21/2017 |

The court:  [ ] revokes:  [ ] modifies:  [✓] continues under same conditions of supervision with two additional conditions heretofore ordered on  __6/20/2017__ .

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]  Charge(s)  __4__  is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/20/2017
Date of Imposition of Sentence

/s/ John A. Mendez
Signature of Judicial Officer

**John A. Mendez**, United States District Judge
Name & Title of Judicial Officer

6/21/2017
Date

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall be monitored for a period of 3 months, with location monitoring technology, which may include the use of radio frequence (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon his ability to pay as directed by the probation officer.
In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows: The defendant is restricted to his residence at all times except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities pre-approved by the probation officer.

2. The defendant shall not drive unless legally licensed and insured pursuant to the requirements of the California Department of Motor Vehicles (DMV)